ORIGINAL

1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2
3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
6  Attorneys for Defendant,
   THE NORTHWESTERN MUTUAL LIFE INSURANCE
7  COMPANY

E-filing

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                    (SAN JOSE DIVISION)
11
12  JOSEPH A. CALLAHAN, M.D.,           )  Case No. CV 08 2956
13              Plaintiff,              )
                                        )  CERTIFICATION OF INTERESTED
14      v.                              )  ENTITIES OR PERSONS [CIV. L.R. 3-16]
                                        )
15  NORTHWESTERN MUTUAL LIFE            )
    INSURANCE COMPANY, MATTHEW A.       )
16  PEMBERTON, TRICIA HOESLY, SHARON    )
    A. HYDE and DOES 1 to 50,           )
17                                      )
                Defendants.             )
18                                      )

19
20
21
22
23
24
25
26
27
28

358186.1                                1
                    CERTIFICATION OF INTERESTED PARTIES

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named party, there is no such interest to report.

Dated: June 12, 2008            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
THOMAS M. HERLIHY
JOHN T. BURNITE
Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

358186.1