THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant,
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH A. CALLAHAN, M.D.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, MATTHEW A. PEMBERTON, TRICIA HOESLY, SHARON A. HYDE and DOES 1 to 50,<br><br>　　　　Defendants. | Case No. CV 08-02956 PVT<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS** |

1  I, CIARA GARLITOS, declare:

2  I am employed in the City and County of San Francisco, State of California. My business
3  address is 525 Market Street, 17th Floor, San Francisco, California 94105. I am over the age of 18
4  years and not a party to the foregoing action.

5  On June 17, 2008, I served a copy of the **NOTICE OF REMOVAL UNDER 28 U.S.C.**
6  **§1441(b) (Diversity)**, on the interested parties in this action, along with the following documents:

7      1.    Certification of Interested Entities or Persons [CIV. L.R. 3-16];
8      2.    ECF Registration Information Handout;
9      3.    Welcome to the U.S. District Court, San Jose Packet;
10     4.    Notice of Assignment of Case to a United States Magistrate Judge;
11     5.    Consent to Proceed Before a United States Magistrate Judge;
12     6.    Declination to Proceed Before a Magistrate Judge and Request for
13         Reassignment to a United States District Judge;
14     7.    Consenting to A Magistrate Judge's Jurisdiction in the Northern District of
15         California Handbook;
16     8.    Public Notice – Magistrate Judge;
17     9.    Order Setting Initial Case Management Conference and ADR Deadlines;
18     10.   Standing Order for Civil Practice in Cases Assigned for all Purposes to
19         Magistrate Judge Patricia V. Trumbull; Standing Order re Case Management
20         in Civil Cases; and
21     11.   Standing Order for All Judges of the Northern District of California –
22         Contents of Joint Case Management Statement;

23 by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for
24 outgoing mail, and addressed to:

25 Edward L. Niland, Esq.    Attorneys for Plaintiff JOSEPH A. CALLAHAN, M.D.
   233 Oak Meadow Drive
26 Los Gatos, CA 95032

27
                                      1
28

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS
CASE NO. CV 08-02956 PVT
358859.1

1  At Wilson, Elser, Moskowitz, Edelman & Dicker LLP, mail placed in that designated area is
2  given the correct amount of postage and is deposited that same day, in the ordinary course of
3  business, in a United States mailbox in the City of San Francisco, California.
4  I declare under penalty of perjury under the laws of the State of California that the foregoing
5  is true and correct and that this declaration was executed on June 17, 2008, at San Francisco,
6  California.

_____
CIARA GARLITOS

2

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS
CASE NO. CV 08-02956 PVT
358859.1