1 | EDWARD L. NILAND, ESQ. - State Bar #66990
**NILAND & NILAND**
233 Oak Meadow Drive
Los Gatos, California 95032
Telephone:(408) 395-3100
Fax No. (408) 395-3120

Attorneys for Plaintiff
JOSEPH A. CALLAHAN, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRUCT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH A. CALLAHAN, M.D., | Case No. CV 08-02956 PVT |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, MATTHEW A. PEMBERTON, TRICIA HOESLY, SHARON A. HYDE, AND DOES 1-50, | |
| Defendants. | |

    Plaintiff, JOSEPH A. CALLAHAN, M.D., hereby Demands a Trial by Jury pursuant to Federal Rule of Civil Procedure 38(b).

Date: June 30, 2008                 NILAND & NILAND

                                                /S/
                                        EDWARD L. NILAND
                                        Attorney for Plaintiff

-1-

DEMAND FOR JURY TRIAL