```
 1  THOMAS M. HERLIHY (SBN 83615)
    JOHN T. BURNITE (SBN 162223)
 2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
 3  San Francisco, California 94108-2718
    Telephone:   (415) 433-0990
 4  Facsimile:   (415) 434-1370

 5  Attorneys for Defendants,
    THE NORTHWESTERN MUTUAL MUTUAL LIFE
 6   INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH A. CALLAHAN, M.D., | Case No. CV 08-02956 PVT |
| Plaintiff, | |
| v. | **STIPULATION RE EXTENSION OF TIME TO ANSWER THE COMPLAINT** |
| NORTHWESTERN MUTUAL MUTUAL LIFE INSURANCE COMPANY, MATTHEW A. PEMBERTON, TRICIA HOESLY, SHARON A. HYDE and DOES 1 to 50, | |
| Defendants. | |

1

STIPULATION RE EXTENSION OF TIME TO ANSWER THE COMPLAINT

362093.1

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff JOSEPH A.
2  CALLAHAN, M.D, and defendant THE NORTHWESTERN MUTUAL LIFE INSURANCE
3  COMPANY, hereby stipulate that defendant shall have an extension to respond to the Complaint up
4  to and including July 17, 2008.
5  **IT IS SO STIPULATED.**
6
7  NILAND & NILAND
8  Dated: July 8, 2008        By: _____
                                EDWARD L. NILAND
9                              Attorneys for Plaintiff
10                             JOSEPH A. CALLAHAN, M.D.
11
12 Dated: July 14, 2008       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
13
14                             By: _____
                                THOMAS M. HERLIHY
15                             JOHN T. BURNITE
                               Attorneys for Defendants
16                             NORTHWESTERN MUTUAL MUTUAL LIFE INSURANCE
                               COMPANY, TRICIA HOESLY and SHARON A. HYDE

2
STIPULATION RE EXTENSION OF TIME TO ANSWER THE COMPLAINT
362093.1

TOTAL P.04