```
1   THOMAS M. HERLIHY (SBN 83615)
    JOHN T. BURNITE (SBN 162223)
2   SHEENA V. JAIN (SBN 251912)
    WILSON, ELSER, MOSKOWITZ,
3       EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
4   San Francisco, California 94108-2718
    Telephone:   (415) 433-0990
5   Facsimile:   (415) 434-1370
                                                *E-FILED - 2/9/09*
6   Attorneys for Defendants,
    THE NORTHWESTERN MUTUAL LIFE
7   INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH A. CALLAHAN, M.D., | Case No. 5:08-cv-02956-RMW |
| Plaintiff, | STIPULATION AND [xxxxxxxxxxx] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, MATTHEW A. PEMBERTON, TRICIA HOESLY, SHARON A. HYDE and DOES 1 to 50, | |
| Defendants. | |

Defendants The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") and Matthew A. Pemberton ("Pemberton"), and Joseph A. Callahan ("plaintiff") stipulate and agree to a continuance of the case management conference currently set for February 13, 2009 at 10:30 a.m.

The continuance is in the interest of all parties and the Court given the Court's recent Order granting Pemberton's Motion to Dismiss, with leave to amend. [17]

The parties request that the case management conference be continued to April [xx] 2009 at 10:30 a.m. in Courtroom 6.

---

416731.1                    STIPULATION & [xxxxxxxxx] ORDER TO CONTINUE CMC

```
 1  Dated: January 29, 2009        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
 2
 3
                                   By:  /s/
 4                                      ─────────────────────────────────────────
                                        Thomas M. Herlihy
 5                                      John T. Burnite
                                        Sheena V. Jain
 6                                      Attorneys for Defendant
                                        The Northwestern Mutual Life Insurance Company
 7
 8  January 29, 2009                LEWIS, BRISBOIS BISGAARD & SMITH LLP
 9
                                    By:  Theresa A. Dillard
10                                       ─────────────────────────────────────────
                                         George J. Ziser
11                                       Theresa A. Dillard
                                         Attorneys for Defendant
12                                       Matthew A. Pemberton

13  January 29, 2009                NILAND & NILAND
14
                                    By:  ─────────────────────────────────────────
15                                       Edward L. Niland
                                         Attorney for Plaintiff
16                                       Joseph A. Callahan
17
18
                                         ORDER
19
    PURSUANT TO STIPULATION, IT IS HERBEY ORDERED THAT THE CASE
20  MANAGEMENT CONFERENCE BE CONTINUED TO _____, 2009 at _____
    a.m/p.m. in COURTROOM 6.
21
22
    Dated:_____          By:_____
23                                      Honorable Ronald M. Whyte
                                        United States District Judge
24
25
26
27
28
```

416731.1                   STIPULATION & [xxxxxxxx] ORDER TO CONTINUE CMC

1  Dated: January 29, 2009         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
2
3
4                                  By: _____
                                      Thomas M. Herlihy
                                      John T. Burnite
5                                     Sheena V. Jain
                                      Attorneys for Defendant
6                                     The Northwestern Mutual Life Insurance Company
7
8  January 29, 2009                LEWIS, BRISBOIS BISGAARD & SMITH LLP
9
10                                 By: _____
                                      George J. Ziser
                                      Theresa A. Dillard
11                                    Attorneys for Defendant
                                      Matthew A. Pemberton
12
13 January 29, 2009                NILAND & NILAND
14
15                                 By:   /s/
                                      _____
                                      Edward L. Niland
                                      Attorney for Plaintiff
16                                    Joseph A. Callahan
17
18
                                        ORDER
19
20 PURSUANT TO STIPULATION, IT IS HERBEY ORDERED THAT THE CASE
   MANAGEMENT CONFERENCE BE CONTINUED TO April 17, _____, 2009 at 10:30
   a.m xxxx in COURTROOM 6.
21
22
   Dated: 2/9/09                    By: /s/ Ronald M. Whyte
23                                    _____
                                      Honorable Ronald M. Whyte
                                      United States District Judge
24
25
26
27
28

416731.1                STIPULATION & xxxxxxxxx ORDER TO CONTINUE CMC