**United States District Court**
For the Northern District of California

**E-FILED on** 3/5/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH A. CALLAHAN,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, MATTHEW A PEMBERTON, PATRICIA HOESLY, SHARON A. HYDE, and DOES 1 TO 50,<br><br>Defendants. | No. C-08-02956 RMW<br><br>ORDER DENYING MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE<br><br>**[Re Docket No. 51]** |

The parties jointly move for the court to continue the pretrial conference to May 20, 2010 and to continue the trial to June 7, 2010. Finding no good cause for such a continuance, the court denies the motion. The dates for the joint pretrial statement, pretrial conference, and jury trial set in the court's April 17, 2009 scheduling order remain in effect.

DATED: 3/5/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE—No. C-08-02956 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Edward Leo Niland        nilandlaw@gmail.com

**Counsel for Defendants:**

John T. Burnite        john.burnite@wilsonelser.com
Thomas M. Herlihy        thomas.herlihy@wilsonelser.com
Sheena V. Jain        sheena.jain@wilsonelser.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    3/5/10                         CCL
                                                            **Chambers of Judge Whyte**