1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  SHEENA V. JAIN (SBN 251912)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant,                                    ***E-FILED - 4/27/10***
6  THE NORTHWESTERN MUTUAL
   LIFE INSURANCE COMPANY
7

8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                (SAN JOSE DIVISION)
11

12

13
   JOSEPH A. CALLAHAN, M.D.,              )   Case No. CV 08-02956 RMW
14                                         )
              Plaintiff,                   )   **STIPULATION FOR DISMISSAL WITH**
15                                         )   **PREJUDICE AND [] ORDER**
                                           )   **THEREON**
16       v.                                )
                                           )
17 NORTHWESTERN MUTUAL LIFE                )
   INSURANCE COMPANY, MATTHEW A.           )
18 PEMBERTON, TRICIA HOESLY, SHARON        )
   A. HYDE and DOES 1 to 50,               )
19                                         )
                                           )
20            Defendants.                  )
                                           )
21 _____)

22

23

24

25

26

27

28

---

STIPULATION FOR DISMISSAL AND [] ORDER THEREON
                                                          Case No. CV 08-02956 RMW
530939.1

It is hereby stipulated by and between the parties to this action, plaintiff Joseph A. Callahan, M.D. and defendant The Northwestern Mutual Life Insurance Company through their attorneys of record, Niland & Niland on behalf of plaintiff Joseph A. Callahan, M.D. and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP on behalf of defendant The Northwestern Mutual Life Insurance Company, that the above captioned action has settled, with the parties to bear their own respective fees and costs, and the above captioned matter can be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

NILAND & NILAND

Dated: April 7, 2010            By_____/s/_____
                                        EDWARD NILAND
                                        Attorneys for Plaintiff
                                        JOSEPH A. CALLAHAN, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: April 19, 2010           By_____/s/_____
                                        THOMAS M. HERLIHY
                                        JOHN T. BURNITE
                                        Attorneys for Defendant
                                        THE NORTHWESTERN MUTUAL LIFE
                                        INSURANCE COMPANY

**ORDER**

Good cause appearing therefore, the Court dismisses with prejudice the entire action, each party to bear their own fees and costs.

IT IS SO ORDERED

Dated: April 27, 2010



RONALD M. WHYTE

UNITED STATES DISTRICT JUDGE